UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                     :

STEVEN HIRSCH INCORPORATED,           :

                            Plaintiff,                   :
                                                                     :      25-CV-213 (JMF)
                -v-                                   :
                                                                     :          <u>ORDER</u>

F151 VENTURES, LLC,                                :

                            Defendant.                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **January 24, 2025**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 8. To date, Defendant has failed to appear in this action. No later than **February 27, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: February 20, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                                 United States District Judge