UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STEVEN HIRSCH INCORPORATED,                                       :
                                                                  :
                          Plaintiff,                              :
                                                                  :      25-CV-213 (JMF)
         -v-                                                      :
                                                                  :      ORDER
F151 VENTURES, LLC,                                               :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 21, 2025 Order, ECF No. 9, Plaintiff was required to file a letter, the contents of which are described therein, no later than February 27, 2025. To date, Plaintiff has not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 4, 2025**. Failure to file a letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: February 28, 2025             _____
      New York, New York                          JESSE M. FURMAN
                                           United States District Judge