UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                    :

STEVEN HIRSCH INCORPORATED,                 :

                                         Plaintiff,                           :

                                                                        :            25-CV-213 (JMF)

                          -v-                                            :

                                                                        :                ORDER

F151 VENTURES, LLC,                                  :

                                       Defendant.                      :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today, the deadline for Defendant's opposition to Plaintiff's Motion for Default Judgment, *see* ECF No. 18, is hereby EXTENDED, *nunc pro tunc*, until **May 8, 2025**.

       In addition, on top of the issues the Court shared during the teleconference, the Court notes that it is also skeptical of Plaintiff's request for injunctive relief. *See* ECF No. 19, at 24-25. Plaintiff's claim that "[t]here is no indication that Defendant will cease its unlawful conduct" is contradicted by his own declaration, which says that "after commencement of action, Defendant removed and replaced Plaintiff's Photograph from the online article posted on its Website." ECF No. 21, ¶ 30. Plaintiff also fails to show there is a risk of irreparable harm or that monetary damages are inadequate. *See, e.g.*, *Moses v. Gundo Designs Inc.*, No. 23-CV-8267 (EK) (VMS), 2025 WL 959020, at *10 (S.D.N.Y Mar. 16, 2025) (citing *ABKCO Music, Inc. v. Sagan*, 50 F.4th 309, 322 (2d Cir. 2022)). Finally, "given that Plaintiff does not allege continuing infringement by Defendant," his arguments regarding the balance of hardships and the public interest generally "hold less weight." *Moses*, 2025 WL 959020, at *10.

       SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                   JESSE M. FURMAN
                                                 United States District Judge