UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEVEN HIRSCH INCORPORATED,                       :
:
Plaintiff,              :
:                        25-CV-213 (JMF)
-v-                                       :
:                           ORDER
:
F151 VENTURES, LLC,                               :
:
Defendant.              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On April 9, 2025, the Court entered an Order extending the deadline for Defendant's opposition to Plaintiff's Motion for Default Judgment, ECF No. 18, until May 8, 2025. To date, Defendant has neither appeared nor filed an opposition. Accordingly, the Court is prepared to enter judgment in favor of Plaintiff, albeit modified in light of the concerns the Court raised in the April 8, 2025 conference and in its April 9, 2025 Order, ECF No. 28.

    Specifically, the Court is inclined to enter judgment in the following amounts: damages of $1,000, costs of $460, and fees of $2,300 — the last arrived at by applying rates of $450 per hour for Craig Sanders (2 hours), $325 for Johnathan Cader (2 hours) and Dina Nouhian (2 hours), and $100 for Julie Busch (1 hour). *See, e.g.*, *Moses v. Gundo Designs Inc.*, No. 23-CV-8267, 2025 WL 959020 (EK) (VMS), at *7 (E.D.N.Y Mar. 16, 2025) ($5,000 in damages and $2,232.50 in fees) and *Federova v. DML News & Entertainment, Inc.*, No. 23-CV-7468 (OEM) (LGD), 2024 WL 5119108 (E.D.N.Y. Oct. 10, 2024) ($1,000 in damages and $1,900 in fees). The Court also would decline to enter any injunction. *See* ECF No. 28 ("[T]he Court notes that it is also skeptical of Plaintiff's request for injunctive relief.").

    Any objection to the Court's plan — by Plaintiff or Defendant (upon entry of a notice of appearance by counsel) — shall be filed by **May 28, 2025**. Absent any objection by that date, the Court will enter judgment consistent with this Order without further notice.

    SO ORDERED.

Dated: May 21, 2025                   _____
      New York, New York                             JESSE M. FURMAN
                                                          United States District Judge