UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HIRSCH INCORPORATED,<br><br>                Plaintiff,<br><br>v.<br><br>F151 VENTURES, LLC,<br><br>                Defendant. | Case No.: 1:25-cv-00213-JMF |

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the motion for default judgment filed by the plaintiff, Steven Hirsch Incorporated ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Craig B. Sanders, Esq., and exhibits attached thereto, the declaration of Steven Hirsch and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant F151 Ventures, LLC ("Defendant");

2. Defendant is to pay the sum of ~~$30,000.00~~ $1,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3. ~~Defendant is to pay $25,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for the willful distribution of the Photograph with removed or altered copyright management information;~~

4. Defendant is to pay ~~$15,176.00~~ $2,300.00 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505;

5. Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961;

6. The Court retains jurisdiction over any matter pertaining to this judgment; and

7. The Clerk of the Court shall close the case on the Court docket.

New York, NY
Dated:   May 30, 2025

**SO ORDERED**

_____
Hon. Jesse M. Furman,
United States District Judge